CLOSING

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAVIER RAFAEL ZAVALA, et al.<br>***Plaintiffs***,<br>v.<br>JOHN THOMPSON, et al.<br>***Defendants.*** | **Civil Action No.:**<br>**2:26-cv-8525**<br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs, JAVIER RAFAEL ZAVALA, KENIA OLIVEIRA DE SOUZA , and ARTHUR OLIVEIRA ROSI, by and through undersigned counsel, hereby voluntarily dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)**.**

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiffs are entitled to dismiss this action without a court order. This dismissal is without prejudice**.**

**Dated: 08/24/26**

Respectfully Submitted,

Alexandra Minogue

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiffs*

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/25/26